[No. 29154-5-III.   Division Three.   November 29, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES VINCENT ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-01724-7, Neal Q. Rielly, J., entered May 6, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Siddoway, J.

[No. 29239-8-III.   Division Three.   November 29, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO AYALA PONCE, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 10-1-50123-1, Carrie L. Runge, J., entered June 30, 2010. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Siddoway, J.

[No. 29458-7-III.   Division Three.   November 29, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. SERAFIN GARANDARA-MEDINA, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 09-1-50413-9, Craig J. Matheson, J., entered October 26, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 29057-3-III.   Division Three.   December 1, 2011.]

THE STATE OF WASHINGTON, *Appellant*, v. RAMIRO F. CHAVEZ, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 09-1-02081-2, Michael E. Schwab, J., entered April 29, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Siddoway, J.; Korsmo, A.C.J., concurring separately.